DWB:hcs
AO 442 (Rev. 11/11) Arrest Warrant                                                                                       2025R00172

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                              Case No. 25-mj-142 (SGE)

JUSTIN DAVID EICHORN

## AMENDED ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _Justin David Eichorn_ who is accused of an offense or violation based on the following document filed with the court:

___ Indictment      ___ Superseding Indictment      ___ Information      ___ Superseding Information      _X_ Complaint
___ Probation Violation Petition      ___ Supervised Release Violation Petition      ___ Violation Notice      ___ Order of the Court

In or about March 2025, in the State and District of Minnesota, JUSTIN DAVID EICHORN knowingly used the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and/or that EICHORN attempted to do so, all in violation of 18 U.S.C. § 2422(b).

Date: March 19, 2025

_Issuing officer's signature_

City and State: ST. PAUL, MN

The Honorable Shannon G. Elkins
United States Magistrate Judge
_Printed Name and Title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_