UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
            Plaintiff,

v.

                                  **Criminal No.** 25-mj-142 (SGE)

JUSTIN DAVID EICHORN,
            Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

        (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee: Justin David Eichorn
Detained at (custodian): Hennepin County Jail

The government is requesting the FBI to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Complaint
                              Charging Detainee With: Attempted Coercion and Enticement of a Minor
  or       b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
  or       b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 20, 2025 at 1:30p.m. in the courtroom of The Honorable Shannon G. Elkins

Dated: March 19, 2025                                        *s/ Daniel W. Bobier*
                                                                       Daniel W. Bobier, AUSA

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 19, 2025                                              *s/ Shannon G. Elkins*
Date                                                              THE HONORABLE SHANNON G. ELKINS
                                                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| A.K.A.(s) (if applicable): | Gender: |
| Booking or Fed. Reg.#: | DOB: |
| Facility Address: | Race: |
| | FBI #: |
| Facility Phone: | |
| Currently Incarcerated For: | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                                                 (Signature)