UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-mj-142 (SGE)

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                             **NOTICE OF APPEARANCE**

v.

JUSTIN DAVID EICHORN,

       Defendant.

_____

       PLEASE TAKE NOTICE THAT Charles L. Hawkins and Arthur J. Waldon hereby enter their appearance as counsel of record for and on behalf of Defendant Justin David Eichorn.

Dated: March 23, 2025                Respectfully submitted,

                                             *s/Charles L. Hawkins*
                                             Charles L. Hawkins
                                             Attorney ID # 124369
                                             150 S. Fifth Street, Ste. 2860
                                             Minneapolis, MN 55402
                                             Tel: (612) 339-6921
                                             Fax: (612) 333-5015
                                             Email: clhcrimlaw@yahoo.com

                                             *s/Arthur J. Waldon*
                                             Arthur J. Waldon
                                             Attorney ID # 0397729
                                             P.O. Box 1242
                                             Lakeville, MN 55044
                                             (612) 719-0625
                                             arthur@waldonlawmn.com

                                             *Attorney for Defendant Eichorn*