IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Justin David Eichorn, Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: SHANNON G. ELKINS<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 25-mj-142 SGE |
| Date: | March 26, 2025 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Time Commenced: | 10:17 a.m. / 12:49 p.m. |
| Time Concluded: | 12:13 p.m. / 1:29 p.m. |
| Time in Court: | 2 hours 36 minutes |

X **PRELIMINARY HEARING**    X **DETENTION HEARING**

Time in Court Prelim/Detention:   1 hour 18 minutes/1 hour 18 minutes

APPEARANCES:

  Plaintiff: Daniel Bobier and Joe Thompson, Assistant U.S. Attorney
  Defendant:  Arthur Waldon and Charles Hawkins
            X Retained

On   X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X The Order Setting Conditions Release [7] was previously stayed by Order [13] filed on March 24, 2025.

X After receiving additional evidence and arguments from counsel on the issue of detention, the Court reinstates the previously imposed Order Setting Conditions Release [7] on March 26, 2025.

X The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house bed is available.

X The Government moved to STAY the Order 48 hours    X DENIED.


Additional Information:
Matthew Vogel testified.

                                                                 _____ s/*nah*
                                                                 Signature of Courtroom Deputy